**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-6489

———————

MARSHALL NICHOLSON,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTION;
CLEVELAND CORRECTIONAL CENTER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Graham C. Mullen, Chief District Judge.  (CA-98-271-4-MU)

———————

Submitted:  August 5, 1999          Decided:  August 11, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Marshall Nicholson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marshall Nicholson, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Nicholson v. North Carolina Dep't of Corrections, No. CA-98-271-4-MU (W.D.N.C. Feb. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2